| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, (SBN 172379) <br> Tyson M. Takeuchi (SBN 177419) <br> Law Offices of Tyson M. Takeuchi <br> 1100 Wilshire Blvd., Ste. 2606 <br> Los Angeles, CA  90017 <br> Tel: (213) 637-1566 <br> Fax: (888) 977-6310 <br> Email: tyson@tysonfirm.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor Jerry Weiss

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br> Jerry Weiss, | CASE NO.: 2:20-bk-17632-VZ |
|---|---|
| | CHAPTER: 13 |
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
| Debtor(s). | |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a.  Title of motion: <u>Notice of Motion/Motion In Individual Case For Order  Continuing The Automatic Stay</u>

   b.  Date of filing of motion: <u>8/27/2020</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a.  Briefly specify the relief requested in the motion:

   Debtor filed a chapter 13 case on August 21, 2020 and the automatic stay in his case pursuant to 11 U.S.C Section 362(c) is set to expire on September 19, 2020. According to this Court's self-calendaring calendar, there are no hearing dates available to hold a hearing within the 30-day window. Debtor request a hearing on his motion to continue the automatic stay within the 30-day window from the filing of his chapter 13 case.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                          **F 9075-1.1.APP.SHORT.NOTICE**

b.  Identify the parties affected by the relief requested in the motion:

Debtor, Jerry Weiss, 1st deed of trust Select Portfolio Servicing and 2nd deed of trust Shellpoint Mortgage Servicing.

c.  State the reasons necessitating a hearing on shortened time:

Debtor filed a chapter 13 case on August 21, 2020 and the automatic stay in his case pursuant to 11 U.S.C. 362(c) is set to expire on September 19, 2020. According to this Court's self-calendaring calendar, there are no hearing dates available to hold a hearing within the 30-day window.

3.  Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.  Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date: <u>8/27/2020</u>

<u>Law Offices of Tyson Takeuchi</u>
Printed name of law firm

<u>Scott Kosner</u>
Signature of individual Movant or attorney for Movant

<u>Scott Kosner, Esq.</u>
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                    **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1055 Wilshire Blvd., Ste. 850, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/27/2020 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K. Curry (TR): TrusteeECFMail@gmail.com
Scott Kosner (Atty for Debtor): tyson@tysonfirm
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 08/27/0202 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached service list.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/27/2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Vincent P. Zurzolo, United States Bankruptcy Court, 255 E. Temple St., Ste. 1360, Los Angeles, CA 90012.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/27/2020 | Armen Galstian | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 3                    **F 9075-1.1.APP.SHORT.NOTICE**

## 2. <u>SERVED BY UNITED STATES MAIL:</u>

MAILED VIA USPS CERTIFIED MAIL:

Select Portfolio Servicing
3217 Decker Lake Dr., Salt Lake City,
UT 84119

Shellpoint Mortgage Servicing
P.O. Box 10826, Greenville, SC
29603-0826

MAILED VIA USPS 1ST CLASS MAIL:
Ace Cash Express
1231 Greevway Dr. Ste. 60
Irving, TX 75038-2531

1st TD
Bank of America
PO Box31785
Tampa, FL 33631-3785

2nd TD
Bank of America
PO Box 31785
Tampa, FL 33314

Cash Central
PO Box 6430
North Logan, UT 84314

Cash Central
Box 3544
Dublin, OH 43016

Cash Net USA
200 W. Jackson Blvd., Ste. 1400
Chicago, IL 60606-6929

Check Into Cash
201 Keith St., Ste. 80
Cleveland, TN 37311

Check N Go
7755 Montgomery Rd., Ste. 400
Cincinnati, OH 45236

Franchise Tax Board
Bankruptcy Section MSA340
PO Box 2952
Sacramento, CA 95812-2952

IRS
Insolvency I, Stop 5022
300 N. Los Angeles St., Ste. 4062
Los Angeles, CA 90012-3313

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Kinecta FCU
PO Box 10003
Manhattan Beach, CA 90267-7503

Money Mart
18455 Rosco Blvd.
Northridge, CA 91325

MAILED VIA USPS 1ST CLASS MAIL
CONTINUED:

Money Mart
6547 West Sunset Blvd.
Los Angeles, CA 90028

Speedy Cash
8400 E. 32nd St. N
Wichita, KS 68226

Speedy Cash/Rapid Cash
PO Box 780408
Wichita, KS 67278

Sprint Wireless
PO Box 54977
Los Angeles, CA 90054

Select Portfolio Servicing
Agent for Service: CSC Lawyers
Incorporating Service
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

Shellpoint Mortgage Servicing
Agent for Service: CSC Lawyers
Incorporating Service
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

# DECLARATION

1              <u>DECLARATION OF SCOTT KOSNER, ESQ.</u>

2  I, Scott Kosner, declare and state as follows:

3      1.    I am an attorney at law, licensed to practice before

4  all the courts in the state of California and the Central

5  District of California Federal Courts. I am over the age of

6  eighteen years, and if called upon to testify, I could and would

7  do so competently. I have personal knowledge of the facts set

8  forth herein, and based on that personal knowledge I assert that

9  all such facts are true and correct to the best of my knowledge.

10  To the extent I base my testimony upon information and belief or

11  upon admissible evidence other than my personal knowledge, I

12  will specifically state.

13      2.    I am employed by the Law Offices of Tyson Takeuchi and

14  filed a chapter 13 bankruptcy case on behalf of debtor Jerry

15  Weiss on August 21, 2020.

16      3.    Debtor had a prior chapter 13 bankruptcy case which

17  was dismissed within a one-year period and has filed a motion to

18  continue the automatic stay.

19      4.    Pursuant to 11 U.S.C. Section 362(c), a hearing must

20  be held on said motion within 30 days of the filing of this

21  case. I believe the final date to hold a hearing on this motion

22  is Friday September 18, 2020.

23      5.    I have carefully reviewed the Court's "Self

24  Calendaring Dates" on the Court's website and found that no

25  dates are available for a hearing on this motion.

26      6.    Debtor and I therefore request the Court set a hearing

27  date for this motion on or before September 18, 2020.

28

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

1     7.    To the very best of Debtor's information and belief,

2   neither of his two deed of trust holders have presently set a

3   foreclosure sale date on his home.

4     8.    Based on the foregoing, I respectfully request that

5   the Court set and hold a hearing on this motion on or before the

6   expiration date of the automatic stay in this case.

7     I declare under penalty of perjury under the laws of the

8   State of California and the United States of America that the

9   foregoing is true and correct to the best of my knowledge and

10  belief.

11    Executed this 27th Day of August, 2020, at Los Angeles,

12  California.

13

14

15                                    Scott Kosner, Declarant

16

17

18

19

20

21

22

23

24

25

26

27

28

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566