| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott Kosner, (SBN 172379)<br>Tyson M. Takeuchi (SBN 177419)<br>Law Offices of Tyson M. Takeuchi<br>1055 Wilshire Blvd., Ste. 850<br>Los Angeles, CA 90017<br>Tel: (213) 637-1566<br>Fax: (888) 977-6310<br>Email: tyson@tysonfirm.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* David Carlos Lopresti | **FILED & ENTERED**<br><br>SEP 22 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>David Carlos Lopresti,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:11-bk-31814-BR<br>CHAPTER:<br><br>**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**Creditor Holding Lien to be Avoided** (*name*): John Neman, an individual

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).
    a. ☒ There was no opposition and request for hearing.
    b. ☐ Hearing requested and held as indicated in the caption.

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 1                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3.  ☒  Motion granted as set forth in the **Attachment** to this order.

4.  ☐  Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a.  ☐  Insufficient notice
    b.  ☐  Insufficient evidence of the exempt status of the property in question
    c.  ☐  Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d.  ☐  Insufficient evidence of fair market value.
    e.  ☐  Motion is incomplete.
    f.  ☐  Other (*specify*):

5.  ☐  The court further orders as follows (*specify*):

    ☐  See attached page

###

Date: September 22, 2020

*[Signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                Page 2                                F 4003-2.1.AVOID.LIEN.RP.ORDER

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** John Neman, an individual.

2. **Subject Lien:** Date (*specify*): 2/14/2011 and place (*specify*): Los Angeles County Recorder's Office of recordation of lien; Recorder's instrument number or document recording number: 20110242582.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: 11680 Montana Avenue, Unit 201, Los Angeles, California 90049.  ☒ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ………………………………………………………………… $660,000.00
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ………………………………………… ($704,250.00)
      (2) Second lien: ……………………………………… ($_____)
      (3) Third lien: ………………………………………… ($_____)
      (4) Additional senior liens (*attach list*): ………………….. ($_____)
   c. Amount of Debtor's exemption(s): …………………………… ($1.00)
   d. Subtotal: ……………………………………………………………………………. ($704,251.00)
   e. Secured Claim Amount (negative results should be listed as -$0-):    $000.00

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*         Page 3         **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHED PAGE (1 of 1 Pages):**
**3.0 Collateral (Continued):**  Legal Description**:**

**PARCEL 1:**
UNIT 201 AS SHOWN AND DECRIBED IN THE CONDOMINIUM PLAN FOR TRACT 48788 RECORDED DECEMBER 15, 1993 AS INSTRUMENT NO. 93-2449164 OFFICIAL RECORDS.

**PARCEL 2:**
AN UNDIVIDED 1/22 INTEREST AS TENANTS IN COMMON IN LOT 1 OF TRACT 48788, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 1198 PAGES 92 AND 93 OF MAPS OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM  UNITS 102 TO 108, 201 TO 206, 308 AND 301 TO 308 INCULSIVE AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1.

ASLO EXCEPT THEREFROM ALL RIGHTS TO ALL CRUDE OIL, PETROLEUM, GAS, BREA, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND LYING BELOW A DEPTH OF 500 FEED FROM THE SURFACE THEREOF, BUT WITHOUT RIGHT OF SURFACE ENTRY, AS RESERVED IN DEED RECORDED  AUGUST 1, 1994 AS INSTRUMENT NO. 94-1423602, OFFICIAL RECORDS.

**PARCEL 3:**
AN EXCLUSIVE EASEMENT TO AND THE EXCLUSIVE RIGHT TO USE, FOR PARKING PURPOSES ONLY WITHOUT LIMITATION AS TO TIME, PARKING SPACES P9 AND P16 AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO ABOVE.
////

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017* — Page 4 — F 4003-2.1.AVOID.LIEN.RP.ORDER